## Manz et al. Appeal.

Argued November 25, 1975.
*Eric N. Anderson,* for appellant; *James A. Esler,* Assistant County Solicitor, with him *Stephen A. Zappala,* County Solicitor, for appellee.

Order affirmed.

## Miller, Appellant, *v.* O'Mara et vir.

Before WENTLEY, J., without a jury. Argued November 17, 1975. *John J. Klein,* with him *Harvey E. Schauffler, Jr.,* for appellant; *P. Brennan Hart,* with him *Meyer, Darragh, Buckler, Bebenek & Eck,* for appellees.

Order and judgment affirmed.

## Miller, Appellant, *v.* Richland Greens Golf Center, Inc. et al.

Before McDONALD, P.J., without a jury. Argued November 18, 1975. *Richard J. Russell,* with him *Caram J. Abood,* and *Abood, Rodkey & Eckel,* for appellant; *Thomas A. Young,* with him *Daniel R. Lovette,* for appellees.

Order affirmed; petition for reargument refused January 26, 1976.